UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80068-ROSENBERG

HOWARD COHAN,

      Plaintiff,

v.

HOST 110 ATLANTIC AVE LLC, d/b/a
AVALON,

      Defendant.
                                      /

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

      This matter comes before the Court on Plaintiff's Motion for Attorneys' Fees. DE 15. Defendant did not file a response.  The Motion was referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. DE 16.  On August 1, 2024, Judge Reinhart issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 17. The deadline for a party to file objections to the Report and Recommendation was August 15, 2024. *Id.*  Plaintiff filed a Notice of No Objection. DE 18.  Defendant did not respond to the Report and Recommendation.  The Court has thoroughly reviewed the Report and Recommendation, the Motion for Attorneys' Fees, and the record, and is fully advised in the premises.

      Upon review, the Court finds Judge Reinhart's recommendations to be well-reasoned and correct, and the Court agrees with the factual recitation and the analysis in the Report and Recommendation.

      For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 17] is **ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees [DE 15] is **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff shall be awarded $3,500.00 for attorneys' fees and $2,356.65 in costs for a total award of $5,856.65.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of August, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record